since Dohrenwend in effect turned them over to Sweetin, appellant's secretary and one who might properly be served, when he, Dohrenwend, on authority of Sweetin, (as Sweetin himself ordinarily did), turned them over to appellant's attorney to be attended to as if upon a proper service upon Sweetin. (*Greater New York-Suffolk Title & Guarantee Co.* v. *Faulkner*, 243 App. Div. 571.) Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HENRY BECKER, Alias JOHN H. BECKER, Appellant.— Judgment of the County Court of Queens county convicting the defendant of the crime of abortion, and order denying motion to set aside the verdict, affirmed. No opinion. Hagarty, Carswell, Davis and Johnston, JJ., concur; Taylor, J., dissents and votes for reversal and a new trial on the ground that the guilt of the defendant was not proved beyond a reasonable doubt.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY KRAMER, Appellant.— Judgment of the County Court of Queens county convicting the defendant of robbery in the first degree as a second offender and order denying motion for a new trial unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS MANSOUR, Alias THOMAS MUNSON, Appellant. (Appeal No. 1.) — Judgment of conviction of defendant for the crime of burglary in the third degree and petit larceny in breaking into and entering a dwelling and taking therefrom certain articles of jewelry, and orders denying a new trial, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS MANSOUR, Alias THOMAS MUNSON, Appellant. (Appeal No. 2.) — Order denying defendant's motion for a new trial on the ground of newly-discovered evidence unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER VAN ALPHEN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL DIDDEN, Appellant.— Judgment of the County Court of Richmond county convicting defendants of the crime of rape in the first degree and assault in the second degree, and order denying motions for a new trial and for other relief, unanimously affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEARD'S ERIE BASIN, INC., Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order denying motion of the relator for an order striking from the return to the writ of certiorari the allegations stated as and for "A Further Separate and Distinct Defense Herein and for Affirmative Relief Herein" and other related portions of the return and directing a further return incorporating copies of the applications made by the relator for reduction of assessments, of the reports made by the deputy tax commissioner, and of the action taken by the commissioners thereon, reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The basis of the alleged separate defense is that the relator is estopped from seeking a review and reduction of the assessments in the statutory manner by virtue of a